No. 534.  UNITED STATES TRUST CO. OF NEW YORK, TRUSTEE, ET AL. v. ZELLE, TRUSTEE, ET AL.  C. A. 8th Cir. Certiorari denied.  George W. Morgan and M'Cready

*Sykes* for the United States Trust Co.; and *Reese D. Alsop* for the Gaston Group of Holders of Mortgage Bonds, petitioners. *Leland W. Scott* for Zelle; *Henry S. Mitchell* for the Canadian Pacific R. Co.; *Thomas P. Helmey* for the Empire Trust Co.; *James L. Hetland* for the Minneapolis, St. Paul & Sault Ste. Marie R. Co.; *Josiah E. Brill* for the Mortgage Bondholders Protective Committee; and *Abraham K. Weber* for the Wisconsin Central R. Co., respondents.